BlueCross BlueShield of North Carolina



# The Blue Book℠ Provider e-Manual



Case 1:18-cv-00293-WO-LPA    Document 5-3    Filed 04/13/18    Page 1 of 2



## 5.1 Blue Card overview

Blue Card is a national program that enables members of one (1) Blue Cross and/or Blue Shield (Blue) Plan to obtain health care service benefits while traveling or living in another Blue Plan's service area. The program links participating health care providers with the independent Blue Plans across the country and in many foreign countries and territories worldwide, through a single electronic network for claims processing and reimbursement. Within North Carolina nearly 866,000 members of other Blue Plans are currently residing in the BCBSNC service area (at the time of this publication).

The Blue Card program lets you conveniently submit claims for members from other Blue Plans, including international Blue Plans, directly to BCBSNC. BCBSNC is your single point of contact for Blue Card claims payment, problem resolution and adjustments. The Blue Card inter-plan programs department at BCBSNC is available to assist you with all your out-of-state Blue Plan member claims and claims questions by calling **1-800-487-5522.**

Verification of an out-of-state member's eligibility and benefits can be obtained by calling Blue Card Eligibility at **1-800-676-BLUE (2583).** Providers with **Blue e℠** can verify eligibility, benefits and claim status, immediately, and from the convenience of their Web browsers. To find out more about signing up for **Blue e℠**, visit BCBSNC electronic solutions on the Web at *bcbsnc.com/content/providers/edi/index.htm*, or refer to **Chapter 11** of this e-manual.

Due to HIPAA privacy regulations, members from other Blue Plans must contact their Blue Plan directly for all inquiries and related issues.

All claims should be billed to BCBSNC unless otherwise noted on the back of the member's identification card.

### 5.1.1 Blue Card applicable services

The Blue Card program applies to all inpatient, outpatient and professional claims, including vision and hearing exams; excluding:

+ Prescription drugs
+ Stand-alone dental
+ Stand-alone vision (i.e., hardware and contacts)
+ Federal Employee Program (FEP)
  (Members who are part of the FEP will have the letter "R" in front of their member ID number. Please follow the BCBSNC and Federal Employee Program billing guidelines contained within this e-manual). Claims for Blue Card excluded products and services should be filed to the address that's listed on the member's identification card.



5-1