UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LIFEBRITE HOSPITAL GROUP OF STOKES, LLC | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 3:18-cv-00293-WO-LPA |
| v. | ) ) ) | |
| BLUE CROSS AND BLUE SHIELD OF NC, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c), Plaintiff LifeBrite Hospital Group of Stokes, LLC hereby moves this Court to remand this action to North Carolina Superior Court, Stokes County. The grounds for this motion are set forth in the Memorandum of Law in Support of Plaintiff's (1) Motion to Remand and (2) Motion to Dismiss Counterclaims, which is submitted herewith and incorporated by reference.

This 6th day of June, 2018.

/s/ Gilbert J. Andia, Jr.
Gilbert J. Andia, Jr. (NCSB No. 16533)
HIGGINS BENJAMIN, PLLC
301 N. Elm Street, Suite 800
Greensboro, NC 27401
Phone: (336) 273-1600
bandia@greensborolaw.com

OF COUNSEL:

John T. Bentivoglio
Jennifer L. Spaziano
Elizabeth L. Berry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
john.bentivoglio@skadden.com
jen.spaziano@skadden.com
elizabeth.berry@skadden.com

ATTORNEYS FOR PLAINTIFF LIFEBRITE
HOSPITAL GROUP OF STOKES, LLC

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the date indicated below, the undersigned electronically filed the foregoing **PLAINTIFF'S MOTION TO REMAND** using the CM/ECF system. Service of this document on the following Parties will be accomplished through the Notice of Electronic Filing in accordance with LCvR 5.3 on the following:

    Chad Dwight Hansen
    Kilpatrick Townsend & Stockton, LLP
    1001 W. Fourth Street
    Winston Salem, NC 27101
    chadhansen@kilpatricktownsend.com

    Jeffrey S. Gleason
    Robins Kaplan LLP
    800 LaSalle Avenue, Suite 2800
    Minneapolis, MN 55402
    jgleason@robinskaplan.com

    Timothy W. Billion
    Robins Kaplan LLP
    140 N. Phillips Avenue
    Sioux Falls, SD 57104
    tbillion@robinskaplan.com

    Attorneys for Defendant

This 6th day of June, 2018.

                    /s/ Gilbert J. Andia, Jr.
                    Gilbert J. Andia, Jr. (NCSB No. 16533)
                    Attorney for Plaintiff